UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MAURICE PETROSE, individually and
on behalf of all others similarly situated                                        PLAINTIFFS

           v.                    No. 2:21-CV-02097-MEF

FORSGREN, INC.                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered in this case on this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 8th day of November 2021.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE